**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SAMMY JOE ROSS,** PETITIONER

v. No. 3:05CV113-B-A

**LEPHER JENKINS, ET AL.** RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 1st day of August, 2006.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE